UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JENNIFER WHITEHEAD,
Plaintiff,

v.

REPUBLIC SERVICES, INC.,
Defendant.

Case No. 3:25-cv-01531-JSC

**ORDER FOLLOWING JULY 15, 2025 DISCOVERY CONFERENCE**

This Order confirms the matters discussed at the July 15, 2026 discovery conference. Defendant shall produce a privilege log by July 22, 2026. The parties shall continue to meet and confer about the outstanding discovery disputes. To the extent any disputes remain, the parties shall file a joint statement outlining the disputes by July 22, 2026, and shall appear on July 24, 2026 at 9:00 a.m. in Courtroom 8, 450 Golden Gate Ave., San Francisco, California. Alternatively, if the parties notify the Court they have resolved all the outstanding issues, the Court will vacate the July 24 hearing.

The Court CONTINUES the August 6, 2026 case management conference to October 7, 2026 at 2:00 p.m. An updated joint case management conference statement is due October 1, 2026.

The case is referred to a randomly assigned magistrate judge for a settlement conference to occur on a date to be decided by the magistrate judge and parties.

This Order disposes of Docket No. 32.

**IT IS SO ORDERED.**

Dated: July 15, 2026

Jacqueline Scott Corley

JACQUELINE SCOTT CORLEY
United States District Judge

United States District Court
Northern District of California